# UNITED STATES DISTRICT COURT

FOR THE      DISTRICT OF      PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                            CASE NUMBER: 97-071 (CCC)

JUAN SANTIAGO-VAZQUEZ, ET AL.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.


_____ May 20, 2005_____        __s/ Jacabed Rodríguez Coss_____
*Date*                                   *Signature*

                                         Jacabed Rodríguez Coss
                                         *Print Name*

                                         *Torre Chardon, Suite 1201*
                                         *Address*

                                         *Hato Rey, Puerto Rico 00918*
                                         *City*

                                         *(787) 766-5656*
                                         Phone Number

CERTIFICATE OF SERVICE

  I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CMF/ECF system which will send notification to the counsel of record:

s/ Jacabed Rodríguez Coss
Jacabed Rodríguez Coss
