**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>          v<br><br>JOSE L. DIAZ-FONTANEZ,<br>    *Defendant*. | CRIMINAL NO.  97-071 (PG) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant José L. Díaz-Fontánez.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, request Federal Public Defender, Mr. Joseph C. Laws, Jr., be terminated from the case for electronic filing purposes.

    In San Juan, Puerto Rico, on the 25th day of April 2006.

                    **JOSEPH C. LAWS, JR.
                    Federal Public Defender
                    District of Puerto Rico**


                    *S/Juan F. Matos de Juan*
                    **JUAN F. MATOS DE JUAN
                    USDC-PR 207605
                    A.F.P.D. for Defendant
                    241 Franklin D. Roosevelt Avenue
                    Hato Rey, PR  00918-2441
                    Tel. (787) 281-4922 / Fax (787) 281-4899
                    E-mail :** juan_matos@fd.org

USA v. JOSÉ L. DÍAZ-FONTANEZ                                                                                          Page 2
Criminal No.  97-071 (PG)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date  I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 25th  day of April 2006.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

*S/Juan F. Matos de Juan*
JUAN F. MATOS DE JUAN
**USDC-PR 207605**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail :** juan_matos@fd.org