IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA                Crim. No. 97-71 (PG)
Plaintiff

v.

JOSE L. DIAZ FONTANEZ
Defendant

## NOTICE OF APPEARANCE AND REQUEST
## FOR RESETTING OF HEARING

**TO THE HONORABLE COURT:**

**COMES NOW THE UNDERSIGNED COUNSEL,** and very respectfully prays and states as follows:

1.    Defendant has retained the undersigned counsel to represent him in this matter.

2.    We request that this Court accept our appearance on defendant's behalf.

3.    We further request that since the undersigned will be out of the jurisdiction on the 17th of May, that this matter be reset to any of the following dates:  May 19th (any time); May 22, 23rd,  26th (afternoon), May 25th (morning), May 29th or 30th (any time).

IN VIEW OF THE FOREGOING, we hereby request that the Court be informed, that leave to appear be granted and that the matter be rescheduled to allow us to be present at the hearing.

**RESPECTFULLY SUBMITTED.**

**MARLENE APONTE CABRERA, ESQ.**

**CERTIFICATE OF SERVICE**

I, Marlene Aponte Cabrera, Esquire, do certify that on this same date, May 9th, 2006, notice was provided by the ECF system to the United States Attorney Jacabed Rodríguez, at:

jacabed.rodriguez-coss@usdoj.gov

In San Juan Puerto Rico, on May 9, 2006.

**MARLENE APONTE CABRERA, ESQ.**
APPELLATE BAR NO. 36439
MSC 128
SIERRA MORENA 271
LAS CUMBRES
SAN JUAN, PUERTO RICO 00926
TEL/FAX (787)281-8488
firebug@prtc.net