# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA** \*
\*
   vs.     \*     **CRIM. 97-0071-02 (PG)**
\*
**JOSE DIAZ-FONTANEZ** \*
**(Reg. No. 14696-069)** \*
--------------------------------------------------\*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
       and Warden, Las Malvinas

    We command you, the Warden, to release **JOSE DIAZ-FONTANEZ** to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, US Marshal for the District of Puerto Rico, to have the body of JOSE DIAZ-FONTANEZ, and take him under your custody under safe and secure conduct, and remove the said JOSE DIAZ-FONANEZ forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **Friday, May 26, 2006 at 10:00 A.M.** and any subsequent days thereafter, and that you safely and securely return said JOSE DIAZ-FONTANEZ , to the custody of the Warden, Las Malvinas as soon thereafter as the