IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | DOCKET NO. 97-00071(PG) |
| | * | DEFENDANT NO. 002 |
| | * | |
| JOSE L. DIAZ-FONTANEZ | * | |

\* \*\* \* \*\* \* \*\* \* \*\* \* \*\* \* \*\* \* \*\* \*

### INFORMATIVE MOTION

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

      **COMES NOW, Zulma Basora, Assistant Deputy Chief, U.S. Probation Officer of this Honorable Court**, and respectfully informs that the corrections ordered by the Court on June 9, 2006, in the presentence investigation report of the above-named defendant, have been effected.

      In San Juan, Puerto Rico, this 12th day of June 2006.

      Respectfully submitted,

      EUSTAQUIO BABILONIA, CHIEF
      U.S. PROBATION OFFICER

      *S/ Zulma Basora*,
      Zulma Basora, Assistant Deputy Chief
      U.S. Probation Officer
      Federal Office Building
      150 Ave Carlos Chardón Rm 400
      San Juan PR  00918-1741
      787-766-5814/787-281-4940 (Fax)
      Zulma_Basora@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 12, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jacabed Rodríguez-Coss, Assistant U.S. Attorney; and Marlene Aponte-Cabrera, Esq.

At San Juan, Puerto Rico, Puerto Rico, this 12th day of June, 2006.

*S/ Zulma Basora*,
Zulma Basora, Assistant Deputy Chief
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón Rm 400
San Juan PR  00918-1741
787-766-5814/787-281-4940 (Fax)
Zulma_Basora@prp.uscourts.gov

ZB/