UNITED STATES DISTRICT COURT
FOR THE DSISTRICG OF PUERTO RICO

UNITED STATES OF AMERICA          Crim. No. 97-71(PG)

V.

JOSE LUIS DIAZ FONTANEZ
Defendant

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW DEFENDANT, by and through the undersigned counsel and very respectfully prays and states as follows:

1. Defendant is hereby placing his notice of appeal the judgment imposed in this case.

**IN VIEW OF THE FOREGOING** we hereby request that the Court be informed.

In San Juan, Puerto Rico, on June 22, 2006.

RESPECTFULLY SUBMITTED.

**s/Marlene Aponte Cabrera**
MARLENE APONTE CABRERA, ESQ.
USDCPR 208603
MSC 128
SIERRA MORENA 271, LAS CUMBRES
SAN JUAN, PUERTO RICO 00926
Tel. (787)281-8488; 547-5999
firebug@prtc.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date, June 23rd, 2005, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Jacabed Rodríguez Coss at:
jacabed.rodriguez-coss@usdoj.gov; martha.medina@usdoj.gov

                    s/Marlene Aponte Cabrera
                    MARLENE APONTE CABRERA, ESQ.
                    USDCPR 208603
                    MSC 128
                    SIERRA MORENA 271
                    LAS CUMBRES
                    SAN JUAN, PUERTO RICO 00926
                    Tel. (787) 547-5999
                    firebug@prtc.net