**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOSE L. DIAZ-FONTANEZ,<br>    Defendant. | Criminal No. 97-71 (PG) |

**N O T I C E   O F   A P P E A L**

Notice is hereby given that defendant Jose L. Diaz-Fontanez in the above captioned case hereby appeals to the United States Court of Appeals for the First Circuit of his final conviction and sentence entered in this action on June 9, 2006.

At Guaynabo, Puerto Rico, today the 9th of June, 2006.

JOSE L. DIAZ-FONTANEZ
Appellant
Register No. 14696-069
Metropolitan Detention Center
P.O. Box 2147
Guaynabo, Puerto Rico 00922-2147

C E R T I F I C A T E    O F    S E R V I C E

```
RECEIVED & FILED
2006 JUN 26  PM 2:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
```

I HEREBY CERTIFY that a copy of the foregoing Notice has been mailed First Class postage by United States Postal Service on this date to the office of the United States Attorney for the District of Puerto Rico, Room 452, Federal Building and Courthouse, 150 Chardón Avenue, Hato Rey, Puerto Rico, 00918

JOSE L. DIAZ-FONTANEZ

*José Luis Diz Fontanez* (signature)