## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** July 11, 2006

**DC #:** 97-071 (PG)

**APPEAL FEE PAID:** YES ____  NO __X__

**CASE CAPTION:** USA  v.  Santiago-Vázquez
Defendant: José L. Díaz-Fontánez (2)

**IN FORMA PAUPERIS:** YES ____  NO __X__

**MOTIONS PENDING:** YES ____  NO __X__

**NOTICE OF APPEAL FILED BY:** Defendant
NOA filed by attorney on 06/23/06 (#427) _____
NOA filed by defendant on 06/26/06 (#430) _____

**APPEAL FROM:** Amended Judgment imposed on 06/09/06 and entered on 06/26/06

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries** 1,355,413,419,424,427,428,429,430 | I |
| **Docket Entries** 366 & 376 (Transcripts) | II |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk