# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| Vs. | * | 97-CR-00071-002(PG) |
| | * | |
| DIAZ-FONTANEZ, JOSÉ L. | * | |
| | * | |

## ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this July 6, 2006.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on 7-7-06

Eustaquio Babilonia
Chief U.S. Probation Officer

By: