# Inmate Statement

| | |
|---|---|
| **Inmate Reg #:** 14696069 | **Current Institution:** Coleman FCC |
| **Inmate Name:** DIAZ-FONTANEZ, JOSE | **Housing Unit:** C 1-2 |
| **Report Date:** 08/22/2006 | **Living Quarters:** A03-067L |
| **Report Time:** 3:17:06 PM | |

[PRINT]

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 8/21/2006 5:49:10 PM | 49 | | | Sales | ($15.00) | | $90.80 |
| COA | 8/21/2006 5:47:35 PM | 48 | | | Sales | ($104.55) | | $105.80 |
| COA | 8/20/2006 10:22:34 PM | ITS0820 | | | Phone Withdrawal | ($15.00) | | $210.35 |
| COA | 8/14/2006 2:11:09 PM | 33322706 | | | Western Union | $150.00 | | $225.35 |
| COA | 8/13/2006 10:49:49 PM | ITS0813 | | | Phone Withdrawal | ($24.00) | | $75.35 |
| COA | 8/7/2006 1:38:23 PM | 30 | | | Sales | ($55.55) | | $99.35 |
| COA | 8/5/2006 4:46:30 PM | ITS0803 | | | Phone Withdrawal | ($50.00) | | $154.90 |
| COA | 8/2/2006 2:25:38 PM | 104 | | | Sales | ($235.20) | | $204.90 |
| COA | 8/2/2006 12:51:56 PM | 62 | | | Sales | $0.00 | | $440.10 |
| COA | 8/2/2006 3:24:00 AM | TX080206 | | | Transfer - In from TRUFACS | $440.10 | | $440.10 |

Total Transactions: 10

Totals:  $90.80   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $90.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.80 |
| Totals: | $90.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.80 |