UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:   December 7, 2006

DC #:    97-071  (PG)

USCA #:  06-2061

CASE CAPTION:        USA    v.    Santiago-Vázquez
                     Defendant:    José L. Díaz-Fontánez (2)

SPECIAL COMMENTS:    Copies of  original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                               VOLUMES:

**Docket Entry   438**                                      I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñíz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk