UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:   May 18, 2007

DC #:   97-071  (PG)

USCA#:   06-2061

CASE CAPTION:         USA    v.    Santiago-Vázquez
                      Defendant:   José L. Díaz-Fontanez  (2)

SPECIAL COMMENTS:   Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                          VOLUMES:

**Docket Entry   441   (Transcript)**                                    I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                            FRANCES RIOS DE MORAN
                                            Clerk of the Court


                                            S/ Xiomara Muñiz
                                            Xiomara Muñiz
                                            Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:      _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk