# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Supplemental Record to the Court of Appeals

DATE:   March 17, 2008

DC #:   97-071   (PG)

USCA #   06-2061

CASE CAPTION:      USA    v.    Santiago-Vázquez
                   Defendant:   José L. Díaz-Fontanez   (2)

SPECIAL COMMENTS:   Copies & original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries   148, 178, 179, 187, 219, 224, 327, 352, 355 | I |
| Docket Entries   190 & 211   (Transcripts) | II |
| Docket Entries   183/PSR w/Addendum & 352/PSR w/Addendums | III |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:       _____
s/c:  CM/ECF Parties, Appeals Clerk