# United States Court of Appeals
## For the First Circuit

No. 06-2061

↓
#427

UNITED STATES OF AMERICA,

Appellee,

v.

97-071 (PG)

JOSÉ L. DÍAZ-FONTÁNEZ, (2)

Defendant, Appellant.

**JUDGMENT**

Entered: August 8, 2008

RECEIVED & FILED
2008 AUG -8 PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The case is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Juan M. Perez-Gimenez, Ms. Frances de Moran, Clerk, United States District Court for the District of Puerto Rico, Mr. Rieckehoff, Mr. Wilson, Mr. Perez-Sosa, & Mr. Rodriguez-Coss.