AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

<u>           </u> FOR THE <u>              </u> DISTRICT OF <u>     PUERTO RICO      </u>

UNITED STATES OF AMERICA,                              **APPEARANCE**

                    v.                              CASE NUMBER: 97-071(PG)

JOSE L. DIAZ-FONTANEZ, ET AL.

To the Clerk of this court and all parties of record:

    Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant United States Attorney who has filed an appearance form in this case is to be terminated.

<u>August 26, 2008                    </u>
Date                                                                    /s/ *José A. Contreras*
                                                                   *Signature*

                                                                  <u>José A. Contreras - USDC #2G00612     </u>
                                                                  *Print Name*

                                                                  *United States Attorney's Office*
                                                                  <u>*Chardón Tower, Suite 1201*       </u>
                                                                   *Address*

                                                                   <u>*San Juan, Puerto Rico 00918*      </u>
                                                                   *City*

                                                                   <u>*(787) 766-5656*                  </u>
                                                                   *Telephone Number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

In San Juan, Puerto Rico this ____ day of _____, 2008.

S/ *Jeanette Mercado-Ríos*
Assistant U.S. Attorney