IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

**JOSE L. DIAZ-FONTANEZ**,
Defendant.

**CRIMINAL NO. 97-071 (PG)**

### NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney, respectfully states and prays as follows:

Assistant United States Attorney Jose A. Contreras has been assigned as lead counsel in this case for the United States of America.

WHEREFORE, the United States respectfully requests that this Honorable Court enter the appearance of Assistant United States Attorney Jose A. Contreras as lead counsel in this case for the United States of America.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 28th day of August, 2008.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

s/José A. Contreras
José A. Contreras
Assistant United States Attorney
USDC No. G00612
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel: (787) 766-5656

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this case.

                                                s/José A. Contreras
                                                José A. Contreras
                                                Assistant United States Attorney